IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY PAUL JOHN,

      Petitioner,

v.                                                                    4:11cv359-WS

MICHAEL D. CREWS,

      Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 21, 2014.  See Doc. 27.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be DENIED.  The petitioner has filed objections (doc. 31) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 27) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3.  The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED."

4.  Leave to appeal in forma pauperis is DENIED.

5.  A certificate of appealability is DENIED.

6.  The petitioner's motion to hold his § 2254 petition in abeyance is DENIED.

DONE AND ORDERED this ___26th___ day of _____September_____, 2014.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE